12/01/14  9:32AM

B1 (Official Form 1)(04/13)

| | | |
|---|---|---|
| | **United States Bankruptcy Court**<br>**District of South Carolina** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Benjamin Mora Construction, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0413050** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1346 Remount Road**<br>**Charleston, SC**<br>ZIP Code **29406** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Charleston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1346 Remount Road**<br>**Charleston, SC 29406** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Benjamin Mora Construction, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Benjamin Mora Construction, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Elizabeth M. Atkins, Esquire DCID #4436**
Signature of Attorney for Debtor(s)

**Elizabeth M. Atkins, Esquire DCID #4436 0000435**
Printed Name of Attorney for Debtor(s)

**Elizabeth M. Atkins, Esquire**
Firm Name

**778 St. Andrews Boulevard**
**Charleston, SC 29407**

_____
Address

**Email: atkinslawoffice@yahoo.com**
**843-763-0333  Fax: 843-763-9020**
Telephone Number

**December  1, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Benjamin Lomeli Mora**
Signature of Authorized Individual

**Benjamin Lomeli Mora**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**December  1, 2014**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re **Benjamin Mora Construction, LLC**      Case No.

Debtor(s)      Chapter **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

    The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

    (a)    _____ computer diskette

    (b)    _____ scannable hard copy
(number of sheets submitted _____ )

    (c)    **X**  electronic version filed via CM/ECF


Date:    **December 1, 2014**      **/s/ Benjamin Lomeli Mora**
                                                   **Benjamin Lomeli Mora**/**Member**
                                                   Signer/Title

Date:    **December 1, 2014**      **/s/ Elizabeth M. Atkins, Esquire DCID #4436**
                                                   Signature of Attorney
                                                   **Elizabeth M. Atkins, Esquire DCID #4436**
                                                   **Elizabeth M. Atkins, Esquire**
                                                   **778 St. Andrews Boulevard**
                                                   **Charleston, SC 29407**
                                                   **843-763-0333   Fax: 843-763-9020**
                                                   Typed/Printed Name/Address/Telephone

                                                   **0000435**
                                                   District Court I.D. Number

.

```
ACCIDENT FUND
ATTORNEY OR MANAGER
P.O. BOX 77000, DEPT 77125
DETROIT MI 48277-0125


ADMIRAL INSURANCE COMPANY
ATTORNEY OR MANAGER
6455 EAST JOHNS CROSSING, SUITE 240
DULUTH GA 30097


ATTORNEY GENERAL
CIVIL DIVISION, BANKRUPTCY SECTION
US DEPARTMENT OF JUSTICE
WASHINGTON DC 20530


CATERPILLAR FINANCIAL SERVICES CORP.
ATTORNEY OR MANAGER
PO BOX 13834
NEWARK NJ 07188-0834


CENTURY SURETY CO.
ATTORNEY OR MANAGER
465 CLEVLAND AVE
WESTERVILLE OH 43082


CHARLESTON COUNTY TAX COLLECTOR
C/O CHARLESTON COUNTY BANKRUPTCY DEPT
4045 BRIDGE VIEW DRIVE, SUITE B119
NORTH CHARLESTON SC 29405-7464


ELIZABETH M. ATKINS, ESQUIRE
778 ST. ANDREWS BLVD.
CHARLESTON SC 29407


FIREMANS INSURANCE
ATTORNEY OR MANAGER
P.O. BOX 2031
TUSTIN CA 92781


FRANCIS MARION ERVIN, II
ROGERS, TOWNSEND & THOMAS, PC
FOR: FAUX CAYMAN, LLC
775 ST. ANDREWS BLVD.
CHARLESTON SC 29407
```

```
GE CAPITAL
ATTORNEY OR MANAGER
PO BOX 740425
ATLANTA GA 30374-0425


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JOHN C HAYES, IV, ESQUIRE
FOR: JEFFERY SILLS, ET AL
180 MEETING STREET, SUITE 330
CHARLESTON SC 29401


JOHN T. CHAKERIS
FOR: JOHN P. DOLPHIN
231 CALHOUN STREET
CHARLESTON SC 29401


JOSHUA FLETCHER EVANS
FOR: MADISON AT HAMLIN PLANTATION
TOWNHOME ASSOCIATION, INC.
415 MILL STREET
MOUNT PLEASANT SC 29464


KNOWLES LAW FIRM, PC
FOR: WILLIAM M. JONES
PO BOX 50201
SUMMERVILLE SC 29485


KNOWLES LAW FIRM, PC
FOR: JOSEPH B. CHRISTMAS, ET AL
PO BOX 50201
SUMMERVILLE SC 29485


KNOWLES LAW FIRM, PC
FOR: FRANK ROMANELLI, ET AL
PO BOX 50201
SUMMERVILLE SC 29485


KNOWLES LAW FIRM, PC
FOR: CAROLYN M. HARRISON
PO BOX 50201
SUMMERVILLE SC 29485
```

```
MCCARTY LAW FIRM, PC
FOR: WILLIAM M. JONES, ET AL
PO BOX 30055
CHARLESTON SC 29417


MCCARTY LAW FIRM, PC
FOR: FRANK ROMANELLI, ET AL
PO BOX 30055
CHARLESTON SC 29417


MCCARTY LAW FIRM, PC
FOR: JOSEPH B. CHRISTMAS, ET AL
PO BOX 30055
CHARLESTON SC 29417


MCCARTY LAW FIRM, PC
FOR: JEFFERY STILLS, ET AL
PO BOX 30055
CHARLESTON SC 29417


OLD REPUBLIC SURETY GROUP
ATTORNEY OR MANAGER
PO BOX 1635
MILWAUKEE WI 53201


PALMETTO MASONRY
ATTORNEY OR MANAGER
3428 OLD MEETING ST. RD.
NORTH CHARLESTON SC 29405


PARKER POE ADAMS & BERNSTEIN
FOR: JOHN WIELAND HOMES &
NEIGHBORHOODS OF CAROLINAS, INC.
200 MEETING STREET, SUITE 301
CHARLESTON SC 29401


PREMIUM FINANCING
ATTORNEY OR MANAGER
P.O. BOX 905849
CHARLOTTE NC 28290


SC DEPARTMENT OF REVENUE & TAXATION
PO BOX 12265
COLUMBIA SC 29211
```

```
SC DEPT OF EMPLOYMENT & WORKFORCE
PO BOX 8597
COLUMBIA SC 29202


SCOTTSDALE INSURANCE CO
ATTORNEY OR MANAGER
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215


STAR REDI MIX
ATTORNEY OR MANAGER
PO BOX 1104
ORANGEBURG SC 29116


US ATTORNEY FOR SC
FOR IRS
ATTN.: DOUGLAS BARNETT
1441 MAIN STREET, SUITE 500
COLUMBIA SC 29201


US TRUSTEE
1835 ASSEMBLY STREET, SUITE 953
COLUMBIA SC 29201


ZURICH INSURANCE
ATTORNEY OR MANAGER
P.O. BOX 968017
SCHAUMBURG IL 60196
```

# United States Bankruptcy Court
### District of South Carolina

In re  **Benjamin Mora Construction, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Benjamin Mora Construction, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 1, 2014**  
Date

**/s/ Elizabeth M. Atkins, Esquire DCID #4436**  
**Elizabeth M. Atkins, Esquire DCID #4436**  
Signature of Attorney or Litigant  
Counsel for  **Benjamin Mora Construction, LLC**  
**Elizabeth M. Atkins, Esquire**  
**778 St. Andrews Boulevard**  
**Charleston, SC 29407**  
**843-763-0333 Fax:843-763-9020**  
**atkinslawoffice@yahoo.com**